IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIMOTHY BROWN                                                         PLAINTIFF

V.                              CASE NO. 3:15-CV-2-BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                        DEFENDANT

## ORDER

Under the mandate in *Brown v. Colvin*, __ F.3d __ (8th Cir. 2016) (docket entry

#24), this case is hereby remanded to the Commissioner for further proceedings consistent

with the opinion of the Court of Appeals for the Eighth Circuit.

DATED this 8th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE